# Court of Appeals
# of the State of Georgia

ATLANTA,   August 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0480.  ANDREA BANDERAS v. WRI CAPITAL GROUP.**

Andrea Banderas appealed to the state court from a final judgment entered in magistrate court in this dispossessory action.  The state court dismissed her appeal.  Banderas then filed two applications for discretionary appeal in this Court, both of which sought review of the same state court dismissal order.  We denied Banderas's first application, A13D0471, by order entered July 31, 2013.[1]  That denial was an adjudication on the merits, and the doctrine of res judicata bars this second application seeking to appeal the same order.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  This application is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/12/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.

---

[1] Although Banderas styled A13D0471 as an application for interlocutory appeal, she did not include a certificate of immediate review.  Accordingly, we docketed it as a discretionary application. In any event, an interlocutory application is not necessary to appeal a final order.